**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 07a0088n.06**
**Filed: February 2, 2007**

**No. 06-3347**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| JOSEPH MERANTE, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| LORAIN COUNTY COMMISSIONERS, | ) | NORTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellee. | ) | |

Before: SUHRHEINRICH, GIBBONS, and COOK, Circuit Judges.

PER CURIAM. Joseph Merante appeals the district court's order granting summary judgment for the Lorain County Commissioners. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.